## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**JANET DONOVAN,**                        :

                                          :

    **Plaintiff**                       **CIVIL ACTION NO. 3:14-1657**

                                          :

      **v.**                             **(JUDGE MANNION)**

                                          :

**PITTSTON AREA SCHOOL**
**DISTRICT*, et al.,***                   :

                                          :

    **Defendants**

                                          :

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendants' motion to dismiss, (Doc. 11), is **GRANTED IN PART** and **DENIED IN PART**. Counts I and III of plaintiff's amended complaint, (Doc. 9), are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust statutory remedies. Plaintiff's 14th Amendment substantive due process claim in Count II is **DISMISSED WITH PREJUDICE**. Plaintiff's constitutional claim against PASD is **DISMISSED WITHOUT PREJUDICE** to file a second amended complaint to properly state a procedural due process claim against this defendant under *Monell*. Plaintiff is directed to file her second amended complaint only to correct her defect as to PASD in Count II within **15 days** of the date of this Order. Plaintiff's claims against the five board of education members in their official capacity are **DISMISSED WITH**

**PREJUDICE**. Plaintiff's 14th Amendment procedural due process claim in Count II is **PERMITTED TO PROCEED** as against the five board of education members in their individual capacity. Plaintiff's claim for punitive damages in Count II against the five board members in their individual capacity is **PERMITTED TO PROCEED**. Plaintiff's claim for attorneys' fees in Count II is **PERMITTED TO PROCEED**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 17, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1657-02-Order.wpd